UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**THERESA M. ALBERT**                                    Case No. 3:11-cv-085

      **Plaintiff,**

                                                               Judge Thomas M. Rose

**-v-**

**JANICE L. SHANNON, et al.,**

      **Defendants.**

___

### NOTICE OF MAILING OF NOTICE AND "CONSENT TO JOIN" FORM
___

      Pursuant to information provided by the Defendants on February 23, 2012 (doc. #14), the attached Notice and "Consent To Join" form have been mailed via certified mail to Gradison Taylor. A stamped and addressed envelope was included for return, if desired, of the "Consent To Join" form.

      **DONE** and **ORDERED** in Dayton, Ohio this Twenty-Seventh Day of February, 2012.

                                                              s/Thomas M. Rose

                                                           _____
                                                           THOMAS M. ROSE
                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:

      Counsel of Record