UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**THERESA M. ALBERT**                                             Case No. 3:11-cv-085

        **Plaintiff,**

                                                **Judge Thomas M. Rose**

**-v-**

**JANICE L. SHANNON, et al.,**

        **Defendants.**

---

## NOTICE
---

      On February 27, 2012, this Court notified Gradison Taylor via registered mail of the right to participate in this lawsuit. Gradison Taylor was given until not later than March 28, 2012, to submit a Consent To Join Form. The time has run and Gradison Taylor has not submitted a Consent To Join Form. Therefore, this matter will proceed with one Plaintiff, Theresa M. Albert. The current Preliminary Pretrial Order (doc. #6) remains in effect.

      **DONE** and **ORDERED** in Dayton, Ohio this Second Day of April, 2012.

                                                                s/Thomas M. Rose
                                                                _____
                                                                   THOMAS M. ROSE
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

      Counsel of Record