IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THERESA M. ALBERT, | : |
| Plaintiff, | |
| | Case No. 3:11-CV- 85 |
| vs | : |
| JANICE L. SHANNON, | District Judge Thomas M. Rose |
| | Magistrate Judge Michael J. Newman |
| Defendant. | : |

## ORDER OF DISMISSAL: TERMINATION ENTRY

The Court having been advised by Mediator's Report (doc.23) that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within ninety (90) days, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

IT IS SO ORDERED.

Date: **July 2, 2012**

_____
Thomas M. Rose, Judge
United States District Court